IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT L. KIER, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv1025-MHT |
| | ) | (WO) |
| **U.S. ATTORNEY GENERAL, et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Plaintiff, a federal prisoner, filed this lawsuit complaining that defendants violated his constitutional right to due process by transferring him from a minimum to a low security prison as a result of a disciplinary for which he received no written notice of charges or explanation of the evidence relied upon. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of February, 2022.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**